NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FANIMATION, INC.,**
*Plaintiff-Appellant,*

**v.**

**DAN'S FAN CITY, INC.,**
*Defendant-Appellee.*

---

2011-1180

---

Appeal from the United States District Court for the Southern District of Indiana in Case No. 08-CV-1071, Judge William G. Hussmann, Jr.

---

**JUDGMENT**

---

DAVID M. LOCKMAN, Maginot, Moore & Beck, LLP, of Indianapolis, Indiana, argued for plaintiff-appellant. With him on the brief were HAROLD C. MOORE and PAUL J. MAGINOT.

DWIGHT D. LUECK, Barnes & Thornburg, LLP, of Indianapolis, Indiana, argued for the defendant-appellee. With him on the brief was MICHAEL R. BRUNELLE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>October 20, 2011</td><td>/s/ Jan Horbaly</td></tr>
<tr><td>Date</td><td>Jan Horbaly<br>Clerk</td></tr>
</table>